# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LaDARRYL HOUSE, S06245** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:21-cv-01050-SMY |
| | ) |
| **LLOYD HANNAH,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled, and that payment for the settlement has issued (Doc. 50), this action is **DISMISSED** with prejudice. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: December 6, 2023**

MONICA A. STUMP, CLERK of COURT

By: *s/JoAnn Juengel*
**Deputy Clerk**

**APPROVED:** *s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**